Denise Bourgeois Haley
Attorney at Law: 143709
Law Offices of Lawrence D. Rohlfing
12631 E. Imperial Highway, Suite C-115
Santa Fe Springs, California 90670
Tel: (562) 868-5886
Fax: (562) 868-5491
E-Mail: rohlfing_office@msn.com

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE MORRISON,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No.: 1:09-cv-01063 JLT<br><br>ORDER EXTENDING TIME TO FILE PLAINTIFF'S OPENING BRIEF |

Based upon the stipulation of the parties, and for cause shown,

IT IS HEREBY ORDERED that Plaintiff shall have an extension of time, to and including February 22, 2010, in which to file Plaintiff's opening brief. Defendant's reply brief shall be due by March 24, 2010 and Plaintiff's reply brief due 15 days thereafter.

IT IS SO ORDERED.

Dated: **February 2, 2010**                                    **/s/ Jennifer L. Thurston**
                                                               UNITED STATES MAGISTRATE JUDGE

1