§

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE MORRISON, <br><br> Plaintiff, <br><br> vs. <br> MICHAEL J. ASTRUE, <br> Commissioner of Social Security, <br><br> Defendant | Case No. 1:09-cv-01063-JLT <br><br> ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses and Costs, IT IS ORDERED that fees and expenses in the amount of $3,600.00 and costs in the amount of $60.00 as authorized by 28 U.S.C. §§ 1920 and 2412(d) be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

Dated: __October 25, 2010__     __/s/ Jennifer L. Thurston__
                               UNITED STATES MAGISTRATE JUDGE

-1-